CHARLES M. DIXON, Respondent, v. LOTTIE ROBBINS, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the January term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HENRY E. WAGNER, Appellant, v. GREAT AMERICAN INSURANCE COMPANY OF NEW YORK and Others, Respondents.— Time for argument extended until opening of January term, pursuant to stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS B. DOWLING, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON J. WILKINS, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NORMAN B. PIKE, Respondent, v. ALICE LAVINA YAHNKE, Appellant, Impleaded with Others.— Motion granted and appeal dismissed, with ten dollars costs, pursuant to stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LYLE COOK, IRWIN COOK and HERBERT COOK, Appellants.— Time for argument extended provided appellants shall be ready for argument any day during present term, when case is moved by respondent. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GABRIELLE ROMAGNOLI, Respondent, v. MICHELE CAPIZZI and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of MARION R. McCHESNEY, as Administratrix, etc., of CHARLES H. McCHESNEY, Deceased.— Motion granted, and appeal dismissed, with ten dollars costs to respondent Doris M. Rathjen. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NATHAN BARTZOFF, an Infant, etc., Appellant, v. CHANDLER W. WELLS, Formerly Known as CHANDLER W. BLEISTEIN, Respondent.— Motion granted and appeal dismissed, without costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FIRST NATIONAL BANK OF ADDISON, N. Y., Respondent, v. TOWN OF ERWIN, Appellant.— Appeal dismissed unless appellant shall serve typewritten brief by November fifteenth and shall be ready for argument on November eighteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SADIE CHRISTOPHER, as Administratrix, etc., of MARY CHRISTOPHER, Deceased, Appellant, v. JOSEPH CHRISTOPHER, Respondent.— Motion to dismiss appeal granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOUIS M. SPAULDING, Respondent, v. LEGRAND S. WHEDON, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by November fifteenth and shall be ready for argument on November seventeenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.